UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMEN S. BACHMAN, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C07-136-JCC-JPD |
| ) | |
| v. ) | |
| ) | |
| JEFFREY UTTECHT, ) | ORDER DENYING § 2254 PETITION |
| ) | |
| Respondent. ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 16).

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #1) is DENIED with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 10th day of August, 2007.

John C. Coughenour
United States District Judge